WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TERESA PARSONS**,                                        Case No. 3:12-cv-83-HU

      Plaintiff,

vs.                                                        ORDER

**COMMISSIONER of Social Security**,

      Defendant.

      Attorney fees in the amount of $6,859.93 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

      DATED this  18  day of  April         , 2014.

                                                   /s/Michael W. Mosman
                                                   United States District

Submitted on December 12, 2013 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1